**Electronically Filed
Supreme Court
SCWC-21-0000681
06-OCT-2023
10:57 AM
Dkt. 9 ODAC**

SCWC-21-0000681

IN THE SUPREME COURT OF THE STATE OF HAWAIʻI

---

JOHN CLINTON EASTERWOOD,
Petitioner/Petitioner-Appellant,

vs.

STATE OF HAWAIʻI,
Respondent/Respondent-Appellee.

---

CERTIORARI TO THE INTERMEDIATE COURT OF APPEALS
(CAAP-21-0000681; S.P.P. NO. 1CPN-20-0000007
(CR. NO. 1CPC-18-0001444))

ORDER REJECTING APPLICATION FOR WRIT OF CERTIORARI
(By: Recktenwald, C.J., McKenna, J.,
Circuit Judge Browning, in place of Eddins, J., recused, and
Circuit Judges Chang and Wong, assigned by reason of vacancies)

Petitioner John Clinton Easterwood's Application for

Writ of Certiorari, filed on August 27, 2023, is hereby rejected.

DATED: Honolulu, Hawaiʻi, October 6, 2023.

/s/ Mark E. Recktenwald

/s/ Sabrina S. McKenna

/s/ R. Mark Browning

/s/ Gary W.B. Chang

/s/ Paul B.K. Wong

